IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ANTOINE SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:10-cv-00512-MJR-DGW |
| ALLIED SERVICES LLC, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on an email received by Chambers on May 9, 2011 that was written by Plaintiff Antoine Smith. Direct contact with the Judge is improper. The rules which govern federal judges forbid Judges from considering any "ex parte communications," which means communication from one party without notice to the opposing party. *See* Canon 3, Code of Conduct for United States Judges. Plaintiff should correspond to the Court and Judge Wilkerson only through his attorney, Kristina Cooksey, in officially-filed documents. For this reason, the Court will not take action on Plaintiff's email.

Plaintiff is reminded that he is to appear in-person at the hearing set for May 19, 2011 at 3:00 p.m. in the East St. Louis Federal Courthouse.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff at his last known address, 9 North 75th Street, Belleville, IL 62223.

**DATED: May 9, 2011**

**DONALD G. WILKERSON**
**United States Magistrate Judge**